```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 06661
   VIRGINIA DAVIS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-1429

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 02/25/2005 and was confirmed 05/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/09/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID            PAID
----------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  CURRENT MORTG        .00          .00             .00
FORD MOTOR CREDIT         SECURED          12600.00       592.48        12600.00
FORD MOTOR CREDIT         UNSECURED         5961.08          .00         5961.08
RESURGENT CAPITAL SERVIC  UNSECURED         1804.55          .00         1804.55
ECAST SETTLEMENT CORP     UNSECURED         5690.19          .00         5690.19
CAPITAL ONE BANK          UNSECURED       NOT FILED          .00             .00
SMC                       UNSECURED         3027.80          .00         3027.80
RESURGENT ACQUISITION LL  FILED LATE        6483.88          .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         4427.87          .00         4427.87
HOME DEPOT                UNSECURED       NOT FILED          .00             .00
HOUSEHOLD FINANCE         UNSECURED       NOT FILED          .00             .00
HOUSEHOLD BANK            UNSECURED         4803.29          .00         4803.29
ECAST SETTLEMENT CORP     UNSECURED        10734.48          .00        10734.48
MARSHALL FIELDS           UNSECURED         1389.17          .00         1389.17
SEARS PAYMENT CENTER      UNSECURED       NOT FILED          .00             .00
UNION PLUS                UNSECURED       NOT FILED          .00             .00
WELLS FARGO FINANCIAL IL  SECURED NOT I     1447.95          .00             .00
MELVIN J KAPLAN           DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                       3,248.31
DEBTOR REFUND             REFUND                                          818.78

         Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE           57,798.00

PRIORITY                                         .00
SECURED                                    12,600.00
    INTEREST                                  592.48
UNSECURED                                  37,838.43
ADMINISTRATIVE                              2,700.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 06661 VIRGINIA DAVIS
```

```
TRUSTEE COMPENSATION                                        3,248.31
DEBTOR REFUND                                                 818.78
                                      ----------------    ----------------
TOTALS                                      57,798.00          57,798.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
   Dated: 09/25/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE